

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2020

No. 04-19-00892-CV

**IN THE INTEREST OF L.M.R., A CHILD**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02001
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

Appellant has filed a motion for a seven-day extension of time to file a brief. We grant the motion and **order** appellant's brief filed by **February 4, 2020**. This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* Tex. R. Jud. Admin. 6.2. Because of the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court